# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ROBERT J. CODEGA, <br> *Plaintiff* <br> v. <br> WAGSTAFF, INC. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:15-CV-00190-JLQ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint (ECF No. 4) is DISMISSED with prejudice and without costs or attorneys' fees to any party.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush
based on Plaintiff's failure to prosecute and failure to comply with Orders of the court.


Date: _____

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*